JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY MYERS, | Case No. EDCV 16-1769-JLS (JEM) |
|     Petitioner, | |
| v. | **J U D G M E N T** |
| CALVIN JOHNSON, | |
|     Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 2. 2017

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE